1  THOMAS F. LANDERS [SBN 207335]
   tlanders@swsslaw.com
2  JOHN A. KELLY [SBN 324463]
   jkelly@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   (t) 619.231.0303
5  (f) 619.231.4755

6  Attorneys for Defendant,
   MIDLAND CREDIT MANAGEMENT, INC.
7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9              **COUNTY OF ORANGE, CENTRAL JUSTICE CENTER**

10

11 | MOHAMED ELHENDI,                          | Case No. 30-2023-01308305-CL-NP-CJC |
12 |            Plaintiff,                     | **ANSWER TO COMPLAINT**             |
13 |        v.                                 |                                     |
14 | MIDLAND CREDIT MANAGEMENT, INC.           | Complaint Filed: February 16, 2023  |
15 | and DOES 1 - 10 inclusive,                |                                     |
16 |            Defendant.                     |                                     |

Defendant, MIDLAND CREDIT MANAGEMENT, INC. ("Defendant"), on behalf of itself and no others, hereby responds with this Answer to the Complaint for damages filed by MOHAMED ELHENDI ("Plaintiff") as follows:

## GENERAL DENIAL

Pursuant to Section 431.30(d) of the California Code of Civil Procedure, Defendant generally and specifically denies each and every allegation set forth in the Complaint, and the whole thereof, and generally and specifically denies that Plaintiff has been injured or has suffered any damages in any sum whatsoever.

## AFFIRMATIVE DEFENSES

As and for separate affirmative defenses to the Complaint, and without assuming or shifting any burden of proof required of Plaintiff to establish his claims, Defendant alleges on information and belief as follows:

### FIRST AFFIRMATIVE DEFENSE

**(Bona Fide Error)**

2.  To the extent that any violation of law occurred, which Defendant expressly denies, said violation was not intentional and was the result of a bona fide error notwithstanding the maintenance by Defendant of procedures reasonably adapted to avoid any such error. Specifically, Defendant maintains procedures to respond timely and appropriately to requests to cease communications.

### SECOND AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

3.  The allegations of the Complaint fail to state a claim against Defendant upon which relief can be granted because, without limitation, the Plaintiff does not provide sufficient facts to state a claim for relief that is plausible on its face.

### THIRD AFFIRMATIVE DEFENSE

**(Statute of Limitations/Laches)**

4.  The purported claims set forth in the Complaint are barred in whole or in part by the applicable statute of limitations including, without limitation, 28 U.S.C. § 1658(a), and California

Civil Code § 1788.30(f and/or the equitable doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

**(Equitable Indemnity)**

6. To the extent that Plaintiff has suffered any damage as a result of any alleged act or omission of Defendant, which Defendant denies, Defendant is entitled to equitable indemnity according to comparative fault from other persons and/or entities causing or contributing to such damages, if any.

## FIFTH AFFIRMATIVE DEFENSE

**(Statute(s) Unconstitutional as Applied)**

7. The statute or statutes are unconstitutional both on their face and as applied because they unconstitutionally restrict a creditor's or debt collector's speech, and because they place a greater restriction on a debt collector's speech than on a debtor's speech, in violation of the First and Fourteenth Amendments of the United States Constitution.

## SIXTH AFFIRMATIVE DEFENSE

**(No Willful Conduct)**

8. Defendant acted in good faith at all times in their dealings with Plaintiff, and if any conduct by Defendant is found to be unlawful, which Defendant expressly denies, such conduct was not willful and should not give rise to liability.

## SEVENTH AFFIRMATIVE DEFENSE

**(Apportionment)**

8. Without admitting that any damages exist, if damages were suffered by Plaintiff as alleged in the Complaint, those damages were proximately caused by and contributed by persons other than Defendant. The liability, if any exists, of all Defendants and/or any responsible parties, named or unnamed, should be apportioned according to their liability.

## PRAYER

WHEREFORE, Defendant MIDLAND CREDIT MANAGEMENT, INC. requests judgment as follows:

1. That Plaintiff takes nothing by way of her Complaint, which should be dismissed

1 | with prejudice;

2. That Defendant recover from Plaintiff its costs according to proof;

3. That Defendant recover their attorney's fees according to proof; and

4. That the Court orders such other and further reasonable relief as the Court may deem just and proper.

DATED: March 28, 2023　　　　SOLOMON WARD SEIDENWURM & SMITH, LLP

By: */s/ Thomas F. Landers*
THOMAS F. LANDERS
JOHN A. KELLY
Attorneys for Defendant,
MIDLAND CREDIT MANAGEMENT, INC.

| | |
|---|---|
| 1 | THOMAS F. LANDERS [SBN 207335] |
|  | tlanders@swsslaw.com |
| 2 | JOHN A. KELLY [SBN 324463] |
|  | jkelly@swsslaw.com |
| 3 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
|  | 401 B Street, Suite 1200 |
| 4 | San Diego, California 92101 |
|  | (t) 619.231.0303 |
| 5 | (f) 619.231.4755 |
| 6 | Attorneys for Defendant MIDLAND CREDIT MANAGEMENT, INC. |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF ORANGE, CENTRAL JUSTICE CENTER**

| | |
|---|---|
| MOHAMED ELHENDI, | Case No. 30-2023-01308305-CL-NP-CJC |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC. and DOES 1 - 10 inclusive, | Complaint Filed: February 16, 2023 |
| Defendant. | |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 401 B Street, Suite 1200, San Diego, CA 92101.

On March 28, 2023, I served true copies of the following document(s) described as

**1. ANSWER TO COMPLAINT**

on the interested parties in this action as follows:

| | |
|---|---|
| Todd M. Friedman, Esq. | Attorneys for Plaintiff, |
| Adrian R. Bacon, Esq. | MOHAMED ELHENDI |
| Law Offices of Todd M. Friedman, P.C. | |
| 21031 Ventura Blvd, Suite 340 | |
| Woodland Hills, CA 91364 | |
| Phone: 323-306-4234 | |
| Fax: 866-633-0228 | |
| tfriedman@toddflaw.com | |
| abacon@toddflaw.com | |

1 **BY MAIL:** I caused the document(s) to be enclosed in a sealed envelope or package addressed to the persons at the addresses listed above and caused the envelope to be placed for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Diego, California.

**BY ELECTRONIC SERVICE:** I electronically filed the document(s) with the Clerk of the Court by using the One Legal system. Participants in the case who are registered users will be served by the One Legal system. Participants in the case who are not registered users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 28, 2023, at San Diego, California.

*Shannon D Deissig*
Shannon D Deissig